

No. 02–7318. JAMES *v.* RAMIREZ-PALMER, WARDEN. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–7619. MARTINEZ-MARTINEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. 

No. 02–579. MCDERMOTT *v.* MOORE ET AL. C. A. 4th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied. 

No. 02–680. ENGLISH ET AL. *v.* BOARD OF EDUCATION OF THE TOWN OF BOONTON ET AL. C. A. 3d Cir. Motion of petitioners to defer consideration of petition for writ of certiorari denied. Certiorari denied. 

No. 02–603. UNITED STATES TOBACCO CO. ET AL. *v.* CONWOOD CO., L. P., ET AL. C. A. 6th Cir. Motion of Washington Legal Foundation et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. 

No. 02–661. DAIMLERCHRYSLER CORP. ET AL. *v.* OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS ET AL. C. A. 3d Cir. Motion of 3M Co. for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 02–6378. ROBINSON *v.* MULLIN, WARDEN. C. A. 10th Cir. Motion of petitioner to strike brief in opposition denied. Certiorari denied. 

No. 02–7706. BROWN *v.* HEMINGWAY, WARDEN, ET AL. C. A. 6th Cir. Certiorari before judgment denied.

No. 01–1729. COUGHLIN ET UX. *v.* ALABAMA, *ante,* p. 818;
No. 01–1765. EARLY, WARDEN, ET AL. *v.* PACKER, *ante,* p. 3;
No. 01–10034. JACKSON *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND, *ante,* p. 832;
No. 01–10145. CARTER *v.* CAIN, WARDEN, *ante,* p. 836;
No. 01–10375. BOWEN *v.* NORTH CAROLINA ET AL., *ante,* p. 843;

No. 01–10673. SMEDLEY *v.* ALABAMA, *ante*, p. 856;

No. 01–10720. SOUCH *v.* SCHIAVO, DEPUTY WARDEN, *ante*, p. 859;

No. 01–10798. MOORE *v.* TEXAS, *ante*, p. 864;

No. 01–10840. TAYLOR *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR, ET AL., *ante*, p. 866;

No. 01–10850. CORREA *v.* UNITED STATES, *ante*, p. 867;

No. 01–10871. CUEVAS *v.* AYERS, WARDEN, ET AL., *ante*, p. 868;

No. 02–74. DOWNS *v.* POTTER, POSTMASTER GENERAL, *ante*, p. 882;

No. 02–137. WOODFORD, WARDEN *v.* VISCIOTTI, *ante*, p. 19;

No. 02–161. VELEZ-RUIZ *v.* TRIMBLE, *ante*, p. 886;

No. 02–177. ALDRIDGE ET AL. *v.* GOODYEAR TIRE & RUBBER CO., INC., *ante*, p. 1000;

No. 02–191. YOHN *v.* UNIVERSITY OF MICHIGAN REGENTS ET AL., *ante*, p. 1018;

No. 02–259. MONAGHAN *v.* TREBEK ET AL., *ante*, p. 974;

No. 02–350. SALVADOR ET UX. *v.* LAKE GEORGE PARK COMMISSION ET AL., *ante*, p. 1002;

No. 02–456. ROJAS *v.* IONICS, INC., ET AL., *ante*, p. 1030;

No. 02–491. MICCOSUKEE TRIBE OF INDIANS OF FLORIDA *v.* TAMIAMI PARTNERS, LTD., *ante*, p. 1030;

No. 02–494. EDWARDS *v.* DEPARTMENT OF THE AIR FORCE ET AL., *ante*, p. 1003;

No. 02–5086. HANDAKAS *v.* UNITED STATES, *ante*, p. 894;

No. 02–5148. LATTIER-HOLMES *v.* PEOPLES STATE BANK, *ante*, p. 897;

No. 02–5219. SEATON *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, *ante*, p. 902;

No. 02–5256. SCHWARTZ *v.* DOLLAR BANK, *ante*, p. 904;

No. 02–5399. SINGLETON *v.* FLOYD, SUPERINTENDENT, GLADES CORRECTIONAL INSTITUTION, ET AL., *ante*, p. 913;

No. 02–5405. IN RE THOMAS, *ante*, p. 810;

No. 02–5522. COZZOLINO *v.* FEDERAL BUREAU OF INVESTIGATION ET AL., *ante*, p. 920;

No. 02–5603. SOSA *v.* MCKEE ET AL., *ante*, p. 951;

No. 02–5649. MCCARTNEY *v.* CAIN, WARDEN, *ante*, p. 953;

No. 02–5749. IN RE BOWELL, *ante*, p. 811;

No. 02–5769. LONG *v.* KENTUCKY ET AL., *ante*, p. 955;

No. 02–5832. ROBERSON *v.* RICHARDS ET AL., *ante,* p. 957;

No. 02–5935. HARRIOTT *v.* UNITED STATES, *ante,* p. 935;

No. 02–5939. ZHARN *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY, *ante,* p. 959;

No. 02–6047. HARLOW ET AL. *v.* RIVERSIDE COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICES, *ante,* p. 1005;

No. 02–6130. PAYNE *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 1006;

No. 02–6171. IN RE PORTER, *ante,* p. 999;

No. 02–6172. O'DONNELL *v.* UNITED STATES, *ante,* p. 962;

No. 02–6213. SAUVE *v.* METHODIST HOSPITAL, *ante,* p. 1008;

No. 02–6290. RAHEEM *v.* GEORGIA, *ante,* p. 1021;

No. 02–6293. BRANNAN *v.* GEORGIA, *ante,* p. 1021;

No. 02–6295. RODORIQUEZ SEPEDA *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 1009;

No. 02–6353. COLE *v.* PENNSYLVANIA ET AL., *ante,* p. 1009;

No. 02–6387. REMBA *v.* ROE, WARDEN, ET AL., *ante,* p. 1021;

No. 02–6413. TAYLOR *v.* POTTER, POSTMASTER GENERAL, *ante,* p. 1010;

No. 02–6468. VLIET *v.* RENICO, WARDEN, *ante,* p. 1035;

No. 02–6472. COLLINS ET AL. *v.* FCC/NATIONAL BANK, *ante,* p. 1035;

No. 02–6875. BROWN *v.* UNITED STATES, *ante,* p. 1037; and

No. 02–7086. LAWSON *v.* UNITED STATES, *ante,* p. 1062. Petitions for rehearing denied.

No. 01–1832. MOSBY *v.* UNITED STATES, *ante,* p. 824; and

No. 02–154. SEXTON *v.* KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER, *ante,* p. 886. Motions of petitioners for leave to proceed further herein *in forma pauperis* granted. Petitions for rehearing denied.

No. 01–9968. BREDEMANN *v.* STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 830;

No. 01–10555. BREDEMANN *v.* GRANT ET AL., *ante,* p. 849; and

No. 02–5789. POINTER *v.* ST. LOUIS UNIVERSITY SCHOOL OF LAW, *ante,* p. 931. Motions for leave to file petitions for rehearing denied.

No. 02–5917. KAHVEDZIC *v.* REPUBLIC OF CROATIA ET AL., *ante,* p. 966. Motion of petitioner to defer consideration of peti-